ALAN ADELMAN, ESQ., BAR NO.: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1376
Facsimile:  (415) 358-4060

Attorney for Plaintiff
YVONNE CRAMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE CRAMER, | CASE NUMBER: C 12-05605 KAW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE HEARING |
| vs. | |
| EQUINIX, INC., | |
| Defendant. | |

   The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to continue the Initial Case Management Conference hearing which is currently scheduled to be held on February 5, 2013 at 1:30 p.m.

   WHEREAS the Initial Case Management Conference hearing is currently scheduled to be held on February 5, 2013 at 1:30 p.m.;

   WHEREAS counsel for Plaintiff, Alan Adelman, Esq., is currently scheduled to commence a jury trial in the Sacramento Division of the Eastern District on January 22, 2013, which is likely to be ongoing as of February 5, 2013;

   WHEREAS counsel for both parties are available to appear for an Initial Case Management

1 | Conference hearing on February 26, 2013 at 1:30 p.m.;

2 |     Accordingly, the parties to this matter, by and through their respective attorneys of record, hereby stipulate to and jointly request that the Initial Case Management Conference hearing be continued to February 26, 2013 at 1:30 p.m.

    SO STIPULATED.

Dated: January 17, 2013            LAW OFFICES OF ALAN ADELMAN

                            By:    /s/ Alan Adelman
                                   ALAN ADELMAN
                                   Attorney for Plaintiff
                                   YVONNE CRAMER

Dated: January 17, 2013            PAUL HASTINGS LLP

                            By:    /s/ Hannah J. Cole
                                   HANNAH J. COLE, ESQ.
                                   Attorneys for Defendant
                                   EQUINIX, INC.

    Good cause appearing, the Initial Case Management Conference hearing shall be continued to February 26, 2013 at 1:30 p.m. The Initial Case Management Conference Statement shall be filed on or before February 19, 2013.

    **IT IS SO ORDERED.**

Dated: 1/22/13

                                   /s/ Kandis Westmore
                                   KANDIS A. WESTMORE
                                   UNITED STATES DISTRICT MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE HEARING**
**CASE NUMBER**: C 12-05605 KAW

2