ALAN ADELMAN (SB# 170860)
alan@alanadelmanlaw.com
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
Union Square
San Francisco, California 94108
Telephone:  1(415) 956-1376
Facsimile:  1(415) 358-4060

Attorney for Plaintiff
YVONNE CRAMER

MARY C. DOLLARHIDE (SB# 138441)
marydollarhide@paulhastings.com
HANNAH J. COLE (SB# 253381)
hannahcole@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
12th Floor
San Diego, CA  92121
Telephone:  1(858) 458-3000
Facsimile:  1(858) 458-3005

Attorneys for Defendant
EQUINIX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE CRAMER,<br><br>             Plaintiff,<br><br>     vs.<br><br>EQUINIX, INC.,<br><br>             Defendant. | CASE NO. C 12-05605 KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE HEARING** |

The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to reschedule the Initial Case Management Conference hearing which is currently scheduled to be held on February 26, 2013 at 1:30 p.m.

WHEREAS, the Initial Case Management Conference had originally been scheduled for February 5, 2013 at 1:30 p.m.;

1     WHEREAS, counsel for Plaintiff, Alan Adelman, Esq., had been scheduled to commence a jury trial in the Sacramento Division of the Eastern District on January 22, 2013, which was likely to be ongoing as of February 5, 2013;

    WHEREAS, counsel for both parties submitted a stipulation and [proposed] order to this Court requesting that the Initial Case Management Conference hearing be held on February 26, 2013 at 1:30 p.m.;

    WHEREAS, the Court granted the parties' stipulation on January 23, 2013;

    WHEREAS, Plaintiff's counsel's jury trial was resolved and therefore he no longer had a conflict on February 5, 2013;

    WHEREAS, the parties filed their Joint Initial Case Management Conference Statement on January 25, 2013;

    WHEREAS, counsel for both parties are now available to appear for the Initial Case Management Conference on February 5, 2013 at 1:30 p.m.

    Accordingly, the parties to this matter, by and through their respective attorneys of record, hereby stipulate to and jointly request that the Initial Case Management Conference hearing be rescheduled for February 5, 2013 at 1:30 p.m.

    SO STIPULATED.

DATED: January 25, 2013    ALAN ADELMAN
    LAW OFFICES OF ALAN ADELMAN

    By: /s/ Alan Adelman
        ALAN ADELMAN

    Attorney for Plaintiff
    YVONNE CRAMER

DATED: January 25, 2013    MARY C. DOLLARHIDE
    HANNAH J. COLE
    PAUL HASTINGS LLP

    By: /s/ Hannah J. Cole
        HANNAH J. COLE

    Attorneys for Defendant
    EQUINIX, INC.

1  Good cause appearing, the Initial Case Management Conference hearing shall be rescheduled for

2  February 5, 2013 at 1:30 p.m.

3  **IT IS SO ORDERED.**

4  Dated: 1/25/13  _____

5  KANDIS A. WESTMORE
   UNITED STATES DISTRICT MAGISTRATE JUDGE

6  LEGAL_US_W # 74065227.1