1  ALAN ADELMAN (SB# 170860)
   alan@alanadelmanlaw.com
2  LAW OFFICES OF ALAN ADELMAN
   240 Stockton Street, 4th Floor
3  Union Square
   San Francisco, California 94108
4  Telephone:  1(415) 956-1376
   Facsimile:  1(415) 358-4060
5
   Attorney for Plaintiff
6  YVONNE CRAMER

7  MARY C. DOLLARHIDE (SB# 138441)
   marydollarhide@paulhastings.com
8  HANNAH J. COLE (SB# 253381)
   hannahcole@paulhastings.com
9  PAUL HASTINGS LLP
   4747 Executive Drive
10 12th Floor
   San Diego, CA  92121
11 Telephone:  1(858) 458-3000
   Facsimile:  1(858) 458-3005
12
   Attorneys for Defendant
13 EQUINIX, INC.

14
15                       UNITED STATES DISTRICT COURT
16                       NORTHERN DISTRICT OF CALIFORNIA

17
18  YVONNE CRAMER,                          CASE NO. C 12-05605 KAW
19              Plaintiff,                  **STIPULATION AND** ~~PROPOSED~~
                                            **ORDER TO CONTINUE THE INITIAL**
20      vs.                                 **CASE MANAGEMENT CONFERENCE**
                                            **HEARING**
21  EQUINIX, INC.,
22              Defendant.

23
24      The parties to this litigation, by and through their respective attorneys of record, hereby
25  submit this stipulation and [proposed] order to reschedule the Initial Case Management
26  Conference hearing which is currently scheduled to be held on February 26, 2013 at 1:30 p.m.
27      WHEREAS, the Initial Case Management Conference had originally been scheduled for
28  February 5, 2013 at 1:30 p.m.;

1     WHEREAS, counsel for Plaintiff, Alan Adelman, Esq., had been scheduled to commence a jury trial in the Sacramento Division of the Eastern District on January 22, 2013, which was likely to be ongoing as of February 5, 2013;

    WHEREAS, counsel for both parties submitted a stipulation and [proposed] order to this Court requesting that the Initial Case Management Conference hearing be held on February 26, 2013 at 1:30 p.m.;

    WHEREAS, the Court granted the parties' stipulation on January 23, 2013;

    WHEREAS, Plaintiff's counsel's jury trial was resolved and therefore he no longer had a conflict on February 5, 2013;

    WHEREAS, the parties filed their Joint Initial Case Management Conference Statement on January 25, 2013;

    WHEREAS, counsel for both parties are now available to appear for the Initial Case Management Conference on February 5, 2013 at 1:30 p.m.

    Accordingly, the parties to this matter, by and through their respective attorneys of record, hereby stipulate to and jointly request that the Initial Case Management Conference hearing be rescheduled for February 5, 2013 at 1:30 p.m.

    SO STIPULATED.

DATED: January 25, 2013      ALAN ADELMAN
LAW OFFICES OF ALAN ADELMAN

By: /s/ Alan Adelman
       ALAN ADELMAN

Attorney for Plaintiff
YVONNE CRAMER

DATED: January 25, 2013      MARY C. DOLLARHIDE
HANNAH J. COLE
PAUL HASTINGS LLP

By: /s/ Hannah J. Cole
       HANNAH J. COLE

Attorneys for Defendant
EQUINIX, INC.

Case No. C 12-05605 KAW      -2-      STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  Good cause appearing, the Initial Case Management Conference hearing shall be rescheduled for
2  February 5, 2013 at 1:30 p.m.
3  **IT IS SO ORDERED.**
4  Dated:  1/25/13                    _____
                                       KANDIS A. WESTMORE
5                                      UNITED STATES DISTRICT MAGISTRATE JUDGE

6  LEGAL_US_W # 74065227.1

Case No. C 12-05605 KAW                      -3-                    STIPULATION AND PROPOSED ORDER
                                                                    TO CONTINUE INITIAL CASE
                                                                    MANAGEMENT CONFERENCE